(03-14-00046-CR)

RECEIVED
AUG 0 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Willie Ockletree
TDCJ# 1906981
AllRED Unit
2101 FM 369 North
Iowa Park, TX
76367

I.

Mr. Pemberton, Justice

Sir, I'm writing telling my side of this Story...

On the 12th of March 2013 at approx. 2:30 am my Girlfriend Debbie Sweet - I'm not for sure if that's her real name - after arguing and me threatening to leave hit the 911 Button, I didn't even know not until call back, at which time we both talked to Call operator. Over 30 minutes later there is a Knock at the door. Debbie told me to get the door so I get out of Bed only to find that its the police. I opened the door. Debbi And was told to step out I asked do I have to? The officers reached for something around their belts so I hurried up and came out. No Shirt on or Shoes. I was arrested taken to jail on a Non Descriptive charge on my finger print card, as well I was not given the right to use the phone. Oh yeah while I was being detained. Debbie was Yelling & screaming for me. Anyways I asked for my Shoes, socks, shirt but was denied and made walk through rocks, glass, bird dropping. etc... Once at the City Jail I was questioned and charge with Injury to a Disable & my Bond was set for $50,000. At the County Jail I spoke with

My Court appointed attorney Scott Magee. We decided to get a bond reduction. Which this didn't take place until Aug. In between that time I asked for an Examing Trial. And while I was in jail I kept writing to go to law library but was denied cause I had an attorney. I had to release my Attorney in order to receive my right, law library. Sir, I didn't get Indicted until May 22, 2013 approx. 8 days after I was told by my Attorney to take the offer of 10yrs or the District Attorney would go and get an Indictment. To my great surprise once I received the Indict. I had 2 charges Injury to Disable & Aggravated assault w. Deadly weapon. I never received a Magistrate warning, Arrest or Bond for the Aggravated Assault on my Indict. Even after Motions to set Bond etc. Still Nothing.

Ultimately I became Pro Se to defend my self & was assigned a Standby who was a District Attorney who was also running for the Judges set. I filed Motion after Motion & my Attorney was didn't adopt any even the motion I was granted was denied (Motion for Authorization to Expend funds for Investigator) 1,500.

Sir, then I tried to get my Attorney to withdraw since he was so busy he sent his wife to consult me but the Judge didn't see things my way. Then I ended up with an Attorney who is contacting me to waive my rights.

My right to voir Dire. My right to 10 days to prepare for trial. My right to openings. My right to testify, My right to Arraignment. My right to Suppress evidence. My right to ~~Suppress~~ Impeach witnesses and my rights to present evidence (exculpatory) witnesses. Sir, In the punishment stage their was so many Errors concerning the Notice of Enhancement, Abandoning Priors from Indictments and Charge on Punishment.

Sir to this day I never hurt that woman or pulled a knife on that woman. My words of love & compassion have been misinterpreted. Me & the lady love each other very much. And I pray that careful consideration be given to the fact that her story is of no way of Sound logic or rationale. Sir, was offered 10 non agg. and if I was guilty I would of jumped on it. Yet even if my Attorney had not mis informed me concerning the priors I would not of put life at chance and neither my love. Sir, I appreciate your time GOD Bless You & Yours.

William Ockletree

P.S.
This is one of the oldest tricks in the Books.
She once told me if she can't have me no one can . . .

William Ockletree
#1906981
Allred Unit
2101 Fm 369 N.
Iowa Park, Tx
76367

Legal Mail (7-26-15)



NORTH TEXAS TX PBDC
DALLAS TX 750
29 JUL 2015 PM 3 L

Mr. Bob Pemberton, Justice
Court of Appeals
3ʳᵈ District of Texas
P.O. Box 12547
78711-2547